CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: chad.butterfield@jacksonlewis.com

*Attorney for Defendants*
*NewCab TT LLC Operations Series,*
*NewCab TT LLC, and*
*Taxi Management LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUKE NGUYEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEWCAB TT LLC OPERATIONS SERIES, a Nevada limited liability company; NEWCAB TT LLC, a Nevada limited liability company; TAXI MANAGEMENT LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:26-cv-02970-APG-NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff, Duke Nguyen ("Plaintiff") and Defendants, NewCab TT LLC Operations Series ("NewCab Operations"), NewCab TT LLC ("NewCab" and, together with NewCab Operations, the "NewCab Defendants"), and Taxi Management LLC ("TM") (the NewCab Defendants and TM are collectively referred to as "Defendants"), by and through their respective undersigned counsel, stipulate and agree as follows:

1. On September 24, 2026, TM was served with the Summons and Complaint. Accordingly, the deadline for TM to respond to the Complaint was October 15, 2026.

2. On September 30, 2026, the NewCab Defendants were served with the Summons

and Complaint. Accordingly, the deadline for the NewCab Defendants to respond to the Complaint is October 19, 2026.

3. The parties have agreed to extend the deadline for Defendants to respond to the Complaint to November 2, 2026. The proposed extension is supported by good cause, as counsel for Defendants was only recently retained and requires additional time to investigate the issues raised in Plaintiff's Complaint, and to confer with Defendants as to same. Accordingly, the parties respectfully request that the Court enter an order extending the deadline for Defendants to respond to the Complaint to November 2, 2026.

This Stipulation is submitted pursuant to LR IA 6-1 and is the first requested extension.

Dated the 16th day of October, 2026.

GREENBERG GROSS LLP

*/s/ Eric K. Lundy*
Matthew T. Hale, Esq.
Nevada Bar No. 16880
Eric K. Lundy, Esq.
Nevada Bar No. 16921
1980 Festival Plaza Dr., Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Duke Nguyen*

JACKSON LEWIS P.C.

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*NewCab TT LLC Operations Series,*
*NewCab TT LLC, and Taxi Management LLC*

IT IS SO ORDERED.
Dated: October 16, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge